Submitted by:

Mark T. Flewelling (#96465)
   mflewelling@afrct.com
Trudi Foutts Loh (#100712)
   tloh@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
   CAMPBELL & TRYTTEN LLP
199 South Los Robles Avenue, Suite 600
Pasadena, California  91101-2459
Tel:  (626) 535-1900
Fax: (626) 577-7764

Attorneys for Defendant
WACHOVIA MORTGAGE, a division of Wells Fargo Bank N.A., formerly known as Wachovia Mortgage, FSB and World Savings Bank, FSB, sued as "Wachovia Mortgage (a California Company)" ("Wachovia")

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| MARIE H. JORDANOU,<br><br>        Plaintiff,<br><br>vs.<br><br>WACHOVIA MORTGAGE (a California Company), ETS Service, LLC (a Separate Company); and DOES 1 through 50 inclusive,<br><br>        Defendants. | Case No.  2:10-CV-05725-DDP-FMO<br><br>[Assigned to The Honorable Dean D. Pregerson, Courtroom 3]<br><br>**JUDGMENT OF DISMISSAL**<br><br>CLOSED |

On January 18, 2011, this Court entered an order granting, without leave to amend, the Motion to Dismiss the Complaint, filed by Defendant Wachovia Mortgage, a division of Wells Fargo Bank, N.A., formerly known as Wachovia Mortgage, FSB and World Savings Bank, FSB, sued as "Wachovia Mortgage (a California Company)" ("Wachovia"), pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.  In accordance with that Order:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. Defendant Wachovia is dismissed from this case, with prejudice;
2. Plaintiff Marie H. Jordanou shall take nothing from Defendant Wachovia in this action;
3. Each party shall bear its own costs.

Dated:  October 20, 2011

The Honorable Dean D. Pregerson